ON PETITION FOR REHEARING

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6202**

———————

PETER MOORE,

                                        Plaintiff - Appellant,

        versus

NURSE ALBRIGHT; WEBSTER ANDERSON, Montgomery
County Prison Officer; GARY CRONITE, Mainte-
nance Officer; J. D. TERRY, Superintendent;
RONALD J. ANGELONE,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-00-924-7)

———————

Submitted:  July 3, 2001              Decided:  October 1, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Peter Moore, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM

 This appeal is before us on Peter Moore's petition for rehearing. We dismissed Moore's appeal for lack of jurisdiction, based on the timing of Moore's filing of his notice of appeal. However, in light of evidence that the district court had granted Moore an extension of time to file his notice of appeal, we grant Moore's petition for rehearing. Upon our review of the record, however, we find Moore's appeal to be without merit and therefore dismiss Moore's appeal as frivolous on the reasoning of the district court. See Moore v. Nurse Albright, No. CA-00-924-7 (W.D. Va. Dec. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED